**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-6298**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CAROL RICHARDSON,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Calvitt Clarke, Jr., Senior District Judge. (CR-90-105-N, CA-97-149-2)

———————

Submitted: May 25, 1999         Decided: June 18, 1999

———————

Before ERVIN, WILKINS, and HAMILTON, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Joseph Barry McCracken, COOK & MCCRACKEN, Norfolk, Virginia, for Appellant. Laura Marie Everhart, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Carol Richardson appeals the district court's order denying her motion filed under 28 U.S.C. § 2255 (1994) (current version at 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998)). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Richardson, Nos. CR-90-105-N; CA-97-149-2 (E.D. Va. Feb. 16, 1999). See Lindh v. Murphy, 521 U.S. ___, 1997 WL 338568 (U.S. June 23, 1997) (No. 96-6298). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED